B6F (Official Form 6F) (12/07)

In re **Awtwon Eric Fields**  
**Tanisha Lavette Robinson-Fields**

Case No. __15-44021__  
(if known)

*AMENDED 7/20/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0600<br>**1st Financial Federal**<br>**1232 Wentzville Pkwy.**<br>**Wentzville, MO 63385** | | J | DATE INCURRED: **07/2008**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS:<br>**First Mortgage. Debtors state that this real estate was foreclosed on in 2010.** | | | | $42,666.00 |
| ACCT #: xxxxxxxxxx0700<br>**1st Financial Federal**<br>**1232 Wentzville Pkwy.**<br>**Wentzville, MO 63385** | | J | DATE INCURRED: **07/2008**<br>CONSIDERATION:<br>**Home Equity Line of Credit**<br>REMARKS:<br>**Second Mortgage. Debtors state that this real estate was foreclosed on in 2010.** | | | | $30,567.00 |
| ACCT #: xxx-xx-1342<br>**Arnold Transporation**<br>**4410 Industrial Park Road**<br>**Camp Hill, PA 17011** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | $7,500.00 |
| ACCT #: xxx-xx-xxxx, xxx7695<br>**AT&T**<br>**P.O. Box 930170**<br>**Dallas TX, 75393** | | W | DATE INCURRED: **06/2010**<br>CONSIDERATION:<br>**Communication Services**<br>REMARKS: | | | | $78.00 |
| ACCT #: xxx-xx-xxxx, xxxxx9168<br>**Barnes Jewish Hospital**<br>**PO Box 954540**<br>**St. Louis, MO 63195-4540** | | H | DATE INCURRED: **03/2015**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $1,767.90 |
| ACCT #: xxx-xx-1342<br>**Citi Financial**<br>**P.O. Box 9575**<br>**Coppell, TX 75019** | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $1,100.00 |
| | | | | | | Subtotal > | **$83,678.90** |
| | | | | | | Total > | |

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____7_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**  Case No. **15-44021**
**Tanisha Lavette Robinson-Fields**  (if known)

*AMENDED 7/20/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-1342**<br>**Cozad Property Management**<br>**c/o Thomas E. Osterholt**<br>**1 North Brentwood**<br>**Suite 1000**<br>**Clayton, MO 63105** | | H | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Lease Agreement**<br>REMARKS: | | | | $1,590.00 |
| ACCT #: **xxx-xx-xxxx, xxxxxxx0096**<br>**Credit Collection Services**<br>**Two Wells Avenue, Dept. 9134**<br>**Newton, MA 02459** | | H | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Collecting for Liberty Mutual**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxx-xx-xxxx, 9690**<br>**Credit One**<br>**c/o Main Street Acquisition**<br>**3950 Johns Creek Court**<br>**Suite 100**<br>**Suwanee, GA 30024** | | W | DATE INCURRED: **09/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,106.00 |
| ACCT #: **xxxxxxxx8632**<br>**Dr. Gary Green**<br>**4646 Lindell Blvd.**<br>**St. Louis, MO 63108** | | H | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $82.00 |
| ACCT #: **xxxxxxxxxxxxxxxx7892**<br>**Eagle Accounts Group I**<br>**7510 S. Madison Avenue**<br>**Indianapolis, IN 46227** | | H | DATE INCURRED: **03/2014**<br>CONSIDERATION:<br>**Collecting for Lagrange County Clerk**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxx-xx-1342**<br>**First Day Loan**<br>**P.O. Box #1**<br>**Wakpamini Lake Housing**<br>**Batesland, SD 57716** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $1,300.00 |

Sheet no. __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$4,078.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**  Case No. **15-44021**
**Tanisha Lavette Robinson-Fields**  (if known)

*AMENDED 7/20/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-xxxx, xxxxxxxxx9496**<br>**Gateway Cardiology, P.C.**<br>**PO Box 505036**<br>**St. Louis, MO 63160** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $18.08 |
| ACCT #: **xxxxxxxxxxxx3163**<br>**GC Services Limited Partnership**<br>**P.O. Box 2545**<br>**Houston, TX 77252** | | H | DATE INCURRED: **04/2015**<br>CONSIDERATION:<br>**Collecting for Sprint**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xx2512**<br>**Genesis Lending Servic**<br>**15220 Nw Greenbrier Pkwy**<br>**Beaverton, OR 97076** | | H | DATE INCURRED: **06/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $5,555.00 |
| ACCT #: **xxxxxxxxxxxx, xxx-xx-1342**<br>**Globe Justice Court**<br>**1 West Madison Street**<br>**Phoenix, AZ 85003** | | H | DATE INCURRED: **06/2010**<br>CONSIDERATION:<br>**Fees**<br>REMARKS: | | | | $238.00 |
| ACCT #: **xxx-xx-1342**<br>**IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | H | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Federal Income Taxes**<br>REMARKS:<br>**These taxes are dischargeable.** | | | | $7,358.00 |
| ACCT #: **xxx-xx-4992**<br>**James Perschbacher**<br>**10012 Kennerly Road**<br>**Suite 300**<br>**St. Louis, MO 63128** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $139.09 |

Sheet no. __2__ of __7__ continuation sheets attached to  Subtotal >  **$13,308.17**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**  
**Tanisha Lavette Robinson-Fields**

Case No. __15-44021__  
(if known)

*AMENDED 7/20/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxxxxxxxxx, xxx-xx-1342<br>**Lagrange County Clerk**<br>105 North Detroit<br>Suite 2<br>Lagrange, IN 46761 | | H | DATE INCURRED: 03/2014<br>CONSIDERATION:<br>**Fees**<br>REMARKS: | | | | $33.00 |
| ACCT #: xxxxxxxx1724<br>**Ldc Collect**<br>P.o. Box 52110<br>Phoenix, AZ 85072 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Globe Justice Court**<br>REMARKS: | | | | Notice Only |
| ACCT #: xxx-xx-xxxx, xxx-xxx-xxxxxx-7014<br>**Liberty Mutual**<br>9200 Ward Parkway,<br>Suite 300,<br>Kansas City, MO 64114 | | H | DATE INCURRED: 2014<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | $558.47 |
| ACCT #: xxxxxxxxxxxx, xxx-xx-1342<br>**Mca Mgmnt Co**<br>Po Box 480<br>High Ridge, MO 63049 | | H | DATE INCURRED: 2015<br>CONSIDERATION:<br>**Collecting for Dr. Gary Green**<br>REMARKS: | | | | Notice Only |
| ACCT #: xxx-xx-xxxx, x4335<br>**Metropolitan Neurology, Ltd.**<br>10004 Kennerly Road, Suite 391B<br>St. Louis, MO 63128 | | W | DATE INCURRED: 2015<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $113.60 |
| ACCT #: xxx-xx-1342<br>**Missouri Department of Revenue**<br>**Division of Taxation**<br>P.O. Box 385<br>Jefferson City, MO 65105-0385 | | H | DATE INCURRED: 2006<br>CONSIDERATION:<br>**Missouri Income Taxes**<br>REMARKS:<br>**These taxes are dischargeable.** | | | | Unknown |

Sheet no. __3__ of __7__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$705.07**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the  
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**　　　　　　　　　　　　Case No. **15-44021**
　　　**Tanisha Lavette Robinson-Fields**　　　　　　　　　　　　(if known)

*AMENDED 7/20/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx6034**<br>**Mo Chld Sprt**<br>**Po Box 2320**<br>**Jefferson City, MO 65102** | | H | DATE INCURRED: **08/2012**<br>CONSIDERATION:<br>**Family Support**<br>REMARKS: | | | | $1,466.00 |
| ACCT #: **xxx-xx-1342**<br>**MO Payday Loan**<br>**3701 S. Kingshighway**<br>**St. Louis, MO 63110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $600.00 |
| ACCT #: **xxx-xx-1342**<br>**MTC Trucking School**<br>**12000 Missouri Bottom Road**<br>**Hazelwood, MO 63042** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | $7,500.00 |
| ACCT #: **xxx-xx-xxxx, xxxxxx9590**<br>**NCB Management Services, Inc.**<br>**P.O. Box 1099**<br>**Langhorne, PA 19047** | | H | DATE INCURRED: **10/2013**<br>CONSIDERATION:<br>**Collecting for WebBank**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxx-xx-1342**<br>**Neighbors Credit Union**<br>**6500 Lansdowne**<br>**St. Louis, MO 63109** | | H | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Overdrawn Checking Account**<br>REMARKS: | | | | $675.00 |
| ACCT #: **xxx-xx-1342**<br>**Neighbors Credit Union**<br>**6500 Lansdowne**<br>**St. Louis, MO 63109** | | H | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Overdrawn Savings Account**<br>REMARKS: | | | | Unknown |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to　　　　　　　　　　Subtotal >　　　**$10,241.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**　　　　　　　　　　　　　　　　Case No.　**15-44021**
　　　　**Tanisha Lavette Robinson-Fields**　　　　　　　　　　　　　　　(if known)

*AMENDED 7/20/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-1342<br>**Pay Pal**<br>PO Box 660487<br>Dallas TX 75266-0487 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | $500.00 |
| ACCT #: xxx-xx-4992<br>**Rich Akins**<br>P.O. Box 100<br>Hamel, IL 62026 | | W | DATE INCURRED: **02/2010**<br>CONSIDERATION:<br>**Rental Services**<br>REMARKS: | | | | $1,400.00 |
| ACCT #: xxx-xx-xxxx, xxxxxxxxxxx, xxxxxxx!<br>**Sommars & Associates**<br>911 Washington Av., Ste. 415<br>St. Louis, MO 63101 | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for 1st Financial Federal**<br>REMARKS: | | | | Notice Only |
| ACCT #: xxx-xx-xxxx, xxxxxxxxxx1484<br>**South County Radiologists, Inc.**<br>P.O. Box 795312<br>St. louis, MO 63179 | | W | DATE INCURRED: **04/2015**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $32.97 |
| ACCT #: xxx-xx-xxxx, xxxxx2945<br>**Sprint**<br>P.O. Box 219554<br>Kansas City, MO 64121-9554 | | H | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Cellular Services**<br>REMARKS: | | | | $1,368.78 |
| ACCT #: xxx-xx-xxxx, xxxxxx1484<br>**St. Anthony's Medical Center**<br>P.O. Box 66766<br>St. Louis, MO 63166 | | W | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $1,806.00 |

Sheet no. __5__ of __7__ continuation sheets attached to　　　　　　　　　　Subtotal >　　$5,107.75
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**  
**Tanisha Lavette Robinson-Fields**

Case No. **15-44021**  
(if known)

*AMENDED 7/20/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-1342**<br>**T-Mobile**<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380 | | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Cellular Services**<br>REMARKS: | | | | $250.00 |
| ACCT #: **xxx-xx-xxxx, x9038**<br>**The Heart Specialty Associates**<br>PO Box 790129<br>St. Louis, MO 63179 | | W | DATE INCURRED: **04/2015**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $139.03 |
| ACCT #: **xxx-xx-1342**<br>**Thomas Osterholt, Jr.**<br>1 N. Brentwood, Suite 1000<br>St. Louis, MO 63105 | | H | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Attorney for Cozad Property Mangement**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxx-xx-1342**<br>**US Bank**<br>332 Minnesota Drive<br>St. Paul, MN  55102 | | H | DATE INCURRED: **2001**<br>CONSIDERATION:<br>**Overdrawn Checking Account**<br>REMARKS: | | | | $200.00 |
| ACCT #: **xxx-xx-4992**<br>**US Dept of Ed/Fisl/Sf**<br>PO Box 5609<br>Greenville, TX 75403 | | W | DATE INCURRED: **12/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $152,788.00 |
| ACCT #: **xxx-xx-4992**<br>**V Rao Chintapally**<br>10004 Kennerly Road<br>Suite 391<br>St. Louis, MO 63128 | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $125.17 |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $153,502.20

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Awtwon Eric Fields**    Case No. **15-44021**
**Tanisha Lavette Robinson-Fields**    (if known)

*AMENDED 7/20/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-xxxx, xxxxxxxxxxxx9920<br>**Washington Mutial Card Services**<br>P.O. Box 660487<br>Dallas, TX 75266 | | H | DATE INCURRED: 2010<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |
| ACCT #: xxx-xx-xxxx, xxx9686<br>**Washington University Physicians**<br>P.O. Box 502432<br>St. Louis, MO 63150-2432 | | H | DATE INCURRED: 03/2015<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $602.00 |
| ACCT #: xxx-xx-xxxx, xx2512<br>**WebBank**<br>6440 Wasatch Boulevard<br>Salt Lake City, UT 84121 | | H | DATE INCURRED: 2013<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $9,705.18 |

Sheet no. __7__ of __7__ continuation sheets attached to    Subtotal >   $10,307.18
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >   $280,928.27
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6 Summary (Official Form 6 - Summary) (12/14)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

In re **Awtwon Eric Fields**
**Tanisha Lavette Robinson-Fields**

Case No. **15-44021**

Chapter **7**

*AMENDED 7/20/2015*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 6 | $6,856.00 | | |
| C - Property Claimed as Exempt | No | 4 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 3 | | $5,568.01 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $280,928.27 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 4 | | | $4,425.91 |
| J - Current Expenditures of Individual Debtor(s) | No | 3 | | | $4,887.00 |
| | TOTAL | 32 | $6,856.00 | $286,496.28 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

In re **Awtwon Eric Fields**  Case No. **15-44021**
**Tanisha Lavette Robinson-Fields**

Chapter **7**

*AMENDED 7/20/2015*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $1,466.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $4,102.01 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $158,343.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $163,911.01 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | $4,425.91 |
| Average Expenses (from Schedule J, Line 22) | $4,887.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $6,574.99 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $5,568.01 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $280,928.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $280,928.27 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Awtwon Eric Fields**  
    **Tanisha Lavette Robinson-Fields**                          Case No. **15-44021**  
                                                     (if known)

*AMENDED 7/20/2015*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **10**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/20/2015**                                   Signature  **/s/ Awtwon Eric Fields**  
                                                             *Awtwon Eric Fields*

Date **7/20/2015**                                   Signature  **/s/ Tanisha Lavette Robinson-Fields**  
                                                             *Tanisha Lavette Robinson-Fields*  
                                                             [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

IN RE:   **Awtwon Eric Fields**                                          CASE NO   **15-44021**
**Tanisha Lavette Robinson-Fields**
                                                                          CHAPTER   **7**

*AMENDED 7/20/2015*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/20/2015                              Signature  /s/ Awtwon Eric Fields
                                                        *Awtwon Eric Fields*

Date  7/20/2015                              Signature  /s/ Tanisha Lavette Robinson-Fields
                                                        *Tanisha Lavette Robinson-Fields*

```
1st Financial Federal
1232 Wentzville Pkwy.
Wentzville, MO 63385




Arnold Transporation
4410 Industrial Park Road
Camp Hill, PA 17011




AT&T
P.O. Box 930170
Dallas TX, 75393




Barnes Jewish Hospital
PO Box 954540
St. Louis, MO 63195-4540




Citi Financial
P.O. Box 9575
Coppell, TX 75019




Cozad Property Management
c/o Thomas E. Osterholt
1 North Brentwood
Suite 1000
Clayton, MO 63105

Credit Collection Services
Two Wells Avenue, Dept. 9134
Newton, MA  02459




Credit One
c/o Main Street Acquisition
3950 Johns Creek Court
Suite 100
Suwanee, GA 30024

Dr. Gary Green
4646 Lindell Blvd.
St. Louis, MO 63108
```

```
Eagle Accounts Group I
7510 S. Madison Avenue
Indianapolis, IN 46227




Family Support Payment Center
P.O. Box 109002
Jefferson City, MO 65110-9002




First Day Loan
P.O. Box #1
Wakpamini Lake Housing
Batesland, SD 57716




Gateway Cardiology, P.C.
PO Box 505036
St. Louis, MO 63160




GC Services Limited Partnership
P.O. Box 2545
Houston, TX 77252




Genesis Lending Servic
15220 Nw Greenbrier Pkwy
Beaverton, OR 97076




Globe Justice Court
1 West Madison Street
Phoenix, AZ 85003




IRS
P.O. Box 7346
Philadelphia, PA 19101-7346




James Perschbacher
10012 Kennerly Road
Suite 300
St. Louis, MO 63128
```

```
Lagrange County Clerk
105 North Detroit
Suite 2
Lagrange, IN 46761


Ldc Collect
P.o. Box 52110
Phoenix, AZ 85072


Liberty Mutual
9200 Ward Parkway,
Suite 300,
Kansas City, MO 64114


Mca Mgmnt Co
Po Box 480
High Ridge, MO 63049


Metropolitan Neurology, Ltd.
10004 Kennerly Road, Suite 391B
St. Louis, MO 63128


Missouri Department of Revenue
Division of Taxation
P.O. Box 385
Jefferson City, MO 65105-0385


Mo Chld Sprt
Po Box 2320
Jefferson City, MO 65102


MO Payday Loan
3701 S. Kingshighway
St. Louis, MO 63110


MTC Trucking School
12000 Missouri Bottom Road
Hazelwood, MO 63042
```

```
NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047




Neighbors Credit Union
6500 Lansdowne
St. Louis, MO 63109




None




Pay Pal
PO Box 660487
Dallas TX 75266-0487




Rich Akins
P.O. Box 100
Hamel, IL 62026




Sommars & Associates
911 Washington Av., Ste. 415
St. Louis, MO 63101




South County Radiologists, Inc.
P.O. Box 795312
St. louis, MO 63179




Sprint
P.O. Box 219554
Kansas City, MO  64121-9554




St. Anthony's Medical Center
P.O. Box 66766
St. Louis, MO 63166
```

```
T-Mobile
P.O. Box 37380
Albuquerque, NM 87176-7380


The Heart Specialty Associates
PO Box 790129
St. Louis, MO 63179


Thomas Osterholt, Jr.
1 N. Brentwood, Suite 1000
St. Louis, MO 63105


US Bank
332 Minnesota Drive
St. Paul, MN  55102


US Dept of Ed/Fisl/Sf
PO Box 5609
Greenville, TX 75403


V Rao Chintapally
10004 Kennerly Road
Suite 391
St. Louis, MO 63128


Verizon
P.O. Box 790406
St. Louis, MO 63179-0406


Washington Mutial Card Services
P.O. Box 660487
Dallas, TX 75266


Washington University Physicians
P.O. Box 502432
St. Louis, MO 63150-2432
```

```
WebBank
6440 Wasatch Boulevard
Salt Lake City, UT 84121
```