UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Awtwon E. Fields and Tanisha L. Robinson-Fields, ) | Case No.: 15-44021 |
| ) | |
| Debtor                                    ) | Chapter 7 |
| ) | |
| ) | Memorandum |
| ) | |

## MEMORANDUM OF AMENDMENT TO SCHEDULES

     Amended Schedules F, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Declaration Concerning Debtor's Schedules, and Verification of Creditor Matrix.; Rationale:  Debtor inadvertently left off nine (9) Creditors on the original Schedule F. The Creditors being added are as follows: Arnold Transportation, Gateway Cardiology, First Day Loan, James Perschbacher, MO Payday Loan, MTC Trucking School, Pay Pal, South County Radiologists, and V Rao-Chintapally .

     WHEREFORE, Debtor respectfully requests that the Amended Schedules F, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Declaration Concerning Debtor's Schedules, and Verification of Creditor Matrix be allowed in this Bankruptcy Case.

                                             Respectfully submitted,

                                              /s/ Randall T. Oettle
                                             R.O.C. Law
                                             Randall Oettle Company, P.C.
                                             12964 Tesson Ferry, Suite B
                                             St. Louis, MO  63128
                                             (314) 843-0220 Telephone
                                             (314) 843-0048 Facsimile
                                             Roettle@RocLaw.com

Dated: July 20, 2015

<u>Certificate of Service</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by U.S. Mail, postage prepaid, or by electronic filing, as appropriate, on this 20th day of July, 2015, addressed to the following:

**D. Matthew Edwards**
Burns, Taylor, Heckemeyer, Green & Edwards, LLC
733 N. Main
PO Box 67
Sikeston, MO 63801

    /s/ Randall T. Oettle